Sealed
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States Courts
Southern District of Texas
FILED

OCT 22 2025

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. M-25-2462 |
| § | |
| JONATHAN ISAIAS MENDOZA- § | |
| MARTINEZ § | |
| JENITH MENDOZA MARTINEZ § | |
| VERONICA ALEMAN-RAMIREZ § | |
| GUADALUPE SOLIS CAYETANO § | |
| ALMA FUENTES MORENO § | |
| VERONICA SANTIAGO CRUZ § | |
| GLORIA PEREZ HERNANDEZ § | |
| SAIB RAMSES HERNANDEZ VAQUERO § | |
| NANCY ORTA CARREON § | |
| JUANA CASTANEDA CONTRERAS § | |
| EDUARDO ZAPATA LERMA § | |

## SEALED INDICTMENT

THE GRAND JURY CHARGES:

### Count One

From on or about July 2025 until on or about October 2, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

JONATHAN ISAIAS MENDOZA-MARTINEZ
JENITH MENDOZA MARTINEZ
and
VERONICA ALEMAN-RAMIREZ

conspired, combined, confederated and agreed together and with others known and unknown, to encourage or induce aliens to come to, enter, or reside in the United States, knowing or in reckless disregard of the fact that such coming to, entrance, or residence was and would be in violation of law, contrary to Title 8, United States Code, Section 1324(a)(l)(A)(iv).

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

### Count Two

On or about October 2, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JONATHAN ISAIAS MENDOZA-MARTINEZ**
**JENITH MENDOZA MARTINEZ**
**and**
**VERONICA ALEMAN-RAMIREZ**

did encourage and induce an alien, namely Brian James Duran, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States was in violation of law.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

### Count Three

On or about October 2, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JONATHAN ISAIAS MENDOZA-MARTINEZ**
**JENITH MENDOZA MARTINEZ**
**and**
**VERONICA ALEMAN-RAMIREZ**

did encourage and induce an alien, namely Fabian Jesus Davila Rodriguez, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States was in violation of law.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

### Count Four

On or about October 2, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JONATHAN ISAIAS MENDOZA-MARTINEZ**
**JENITH MENDOZA MARTINEZ**
**and**
**VERONICA ALEMAN-RAMIREZ**

did encourage and induce an alien, namely Cesar Armando Sanabia Davila, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States was in violation of law.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

### Count Five

On or about October 2, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JONATHAN ISAIAS MENDOZA-MARTINEZ**
**JENITH MENDOZA MARTINEZ**
**and**
**VERONICA ALEMAN-RAMIREZ**

did encourage and induce an alien, namely Luis Alberto Hernandez Lopez, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States was in violation of law.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

### Count Six

On or about October 2, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JONATHAN ISAIAS MENDOZA-MARTINEZ**
**JENITH MENDOZA MARTINEZ**
**and**
**VERONICA ALEMAN-RAMIREZ**

did encourage and induce an alien, namely Diana Isabel Ponce Ilescas, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States was in violation of law.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

### Count Seven

**(CONSPIRACY TO COMMIT AN OFFENSE AGAINST THE UNITED STATES)**

*INTRODUCTION*

At all times material hereto:

1. Jonathan Isaias Mendoza-Martinez was the owner of Jem Textile Recycling. Jenith Mendoza Martinez is the sister of Jonathan Mendoza Martinez, and she assists him with

the operation of Jem Textile Recycling. Veronica Aleman-Ramirez is employed by Jem Textile Recycling and is responsible for hiring employees. Jem Textile Recycling is a used clothing business operating in Hidalgo County.

2. A B-1/B-2 visa allows a recipient to enter the United States as a tourist or to shop or to otherwise enjoy the United States. It does not allow a recipient to perform or engage in productive labor whether paid or unpaid for a U.S. employer.

3. A B-1/B2 visa holder entering the United States at a Port of Entry is making an Application for Admission to the United States. The B1/B2 visa holder's purpose in coming into the United States must be consistent with the purposes and conditions of the B1/B2 visa.

4. Jonathan Isaias Mendoza-Martinez, Jenith Mendoza Martinez, and/or Veronica Aleman-Ramirez hired workers without proper documentation to work at Jem Textile Recycling.

5. Jonathan Isaias Mendoza-Martinez, Jenith Mendoza Martinez, and/or Veronica Aleman-Ramirez knew the workers lacked proper documentation to work in the United States and paid them in cash.

## MANNER AND MEANS OF THE CONSPIRACY

6. It was part of the conspiracy that Jonathan Isaias Mendoza-Martinez, Jenith Mendoza Martinez, and/or Veronica Aleman-Ramirez provided co-conspirators employment at Jem Textile Recycling.

7. It was part of the conspiracy that Jonathan Isaias Mendoza-Martinez, Jenith Mendoza Martinez, and/or Veronica Aleman-Ramirez paid co-conspirators in cash due to the co-conspirators lack of documentation to work in the United States.

8. It was part of the conspiracy to disguise from U.S. Immigration officials conspirators' true purpose in entering the United States, which was to work, with the cover story of entering the United States to shop.

## OVERT ACTS

In furtherance of the conspiracy, and to affect the objects thereof, the following overt acts, among others, were committed by the conspirators within the Southern District of Texas and elsewhere:

9. In September of 2025, Defendant Guadalupe Solis Cayetano entered the United States from Mexico making an application for admission into the United States using her B1/B2 visa. During this period of time Ms. Solis worked at Jem Textile Recycling. Defendant Solis had no authorization to work in the United States

10. In September and October of 2025, Defendant Alma Fuentes Moreno entered the United States from Mexico making an application for admission into the United States using her B1/B2 visa. During this period of time Defendant Fuentes worked at Jem Textile Recycling. Defendant Fuentes had no authorization to work in the United States,

11. In September of 2025, Defendant Veronica Santiago Cruz entered the United States from Mexico making an application for admission into the United States using her B1/B2 visa. During this period of time Defendant Santiago worked at Jem Textile Recycling. Defendant Santiago had no authorization to work in the United States.

12. In September of 2025, Defendant Gloria Perez Hernandez entered the United States from Mexico making an application for admission into the United States using her B1/B2 visa. During this period of time Defendant Perez worked at Jem Textile Recycling. Defendant Perez had no authorization to work in the United States.

13. In September and October of 2025, Defendant Saib Ramses Hernandez Vaquero entered the United States from Mexico making an application for admission into the United States using her B1/B2 visa. During this period of time Defendant Hernandez worked at Jem Textile Recycling. Defendant Hernandez had no authorization to work in the United States.

14. In September and October of 2025, Defendant Nancy Orta Carreon entered the United States from Mexico making an application for admission into the United States using her B1/B2 visa. During this period of time Defendant Orta worked at Jem Textile Recycling. Defendant Orta had no authorization to work in the United States.

15. In September of 2025, Defendant Juana Casteneda Contreras entered the United States from Mexico making an application for admission into the United States using her B1/B2 visa. During this period of time Defendant Casteneda worked at Jem Textile Recycling. Defendant Casteneda had no authorization to work in the United States.

16. In September and October of 2025, Defendant Eduardo Zapata Lerma entered the United States from Mexico making an application for admission into the United States using his B1/B2 visa. During this period of time Defendant Zapata worked at Jem Textile Recycling. Defendant Zapata had no authorization to work in the United States.

From on or about September of 2025 until October 2, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JONATHAN ISAIAS MENDOZA-MARTINEZ
JENITH MENDOZA MARTINEZ
VERONICA ALEMAN-RAMIREZ
GUADALUPE SOLIS CAYETANO
ALMA FUENTES MORENO
VERONICA SANTIAGO CRUZ
GLORIA PEREZ HERNANDEZ
SAIB RAMSES HERNANDEZ VAQUERO
NANCY ORTA CARREON
JUANA CASTANEDA CONTRERAS
and
EDUARDO ZAPATA LERMA**

conspired, combined, confederated and agreed together and with others known and unknown, to commit an offense against the United States, that is: to knowingly make one or more applications for admission into the United States containing one or more false statements, or failing to contain any reasonable basis in law or fact, by presenting one or more B1/B2 visas, in violation of Title 18, United States Code, Section 1546(a).

In violation of Title 18, United States Code, Section 371.

### Count Eight

On or about September 30, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JUANA CASTANEDA CONTRERAS**

did knowingly make one or more applications for admission into the United States containing a false statement or failing to contain any reasonable basis in law or in fact, by presenting her B1/B2 visa, in violation of Title 18, United States Code, Section 1546(a).

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

### Count Nine

On or about September 26, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**GUADALUPE SOLIS CAYETANO**

did knowingly make one or more applications for admission into the United States containing a false statement or failing to contain any reasonable basis in law or in fact, by presenting her B1/B2 visa, in violation of Title 18, United States Code, Section 1546(a).

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

### Count Ten

On or about October 1, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ALMA FUENTES MORENO**

did knowingly make one or more applications for admission into the United States containing a false statement or failing to contain any reasonable basis in law or in fact, by presenting her B1/B2 visa, in violation of Title 18, United States Code, Section 1546(a).

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

### Count Eleven

On or about September 29, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**VERONICA SANTIAGO CRUZ**

did knowingly make one or more applications for admission into the United States containing a false statement or failing to contain any reasonable basis in law or in fact, by presenting her B1/B2 visa, in violation of Title 18, United States Code, Section 1546(a).

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

## Count Twelve

On or about September 30, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**GLORIA PEREZ HERNANDEZ**

did knowingly make one or more applications for admission into the United States containing a false statement or failing to contain any reasonable basis in law or in fact, by presenting her B1/B2 visa, in violation of Title 18, United States Code, Section 1546(a).

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

## Count Thirteen

On or about October 2, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**SAIB RAMSES HERNANDEZ VAQUERO**

did knowingly make one or more applications for admission into the United States containing a false statement or failing to contain any reasonable basis in law or in fact, by presenting her B1/B2 visa, in violation of Title 18, United States Code, Section 1546(a).

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

## Count Fourteen

On or about October 1, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**NANCY ORTA CARREON**

did knowingly make one or more applications for admission into the United States containing a false statement or failing to contain any reasonable basis in law or in fact, by presenting her B1/B2 visa, in violation of Title 18, United States Code, Section 1546(a).

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

## Count Fifteen

On or about October 1, 2025, in the Southern District of Texas and within the jurisdiction of

the Court, defendant,

## EDUARDO ZAPATA LERMA

did knowingly make one or more applications for admission into the United States containing a false statement or failing to contain any reasonable basis in law or in fact, by presenting her B1/B2 visa, in violation of Title 18, United States Code, Section 1546(a).

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

## Count Sixteen

From on or about October of 2024 until on or about October 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

## JONATHAN ISAIAS MENDOZA-MARTINEZ
## JENITH MENDOZA MARTINEZ
## and
## VERONICA ALEMAN-RAMIREZ

engaged in a pattern or practice of hiring for employment or continuing the employment of, in the United States, one or more aliens whose identity is known to the Grand Jurors knowing the alien or aliens was or were unauthorized aliens (as defined by Title 8 United States Code, Section 1324a(h)(3)) with respect to such employment.

In violation of Title 8, United States Code, Sections 1324a(a)(1)(A), 1324a(a)(2) and 1324a(f)(1).

_____
FOREPERSON

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*[signature]*
ASSISTANT UNITED STATES ATTORNEY